# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 13, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147114 & (15)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                                    SC: 147114
                                    COA: 315407

MARK ALAN ROWE,
      Defendant-Appellee.
                                    Oakland CC: 2010-234869-FH

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 26, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 13, 2013


                             Clerk

s0612